UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ARJONILLA,<br><br>                        Plaintiff,<br><br>  v.<br><br>AZTEC FORECLOSURE CORPORATION, et al.,<br><br>                       Defendant. | CASE NO. 09-CV-1599 W (RBB)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR JUDGMENT OF DISMISSAL (DOC. 11)** |

      Pending before the Court is Defendant U.S. Bank's ("Countrywide") ex parte application for entry of a judgment of dismissal pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 11.) Plaintiff has not opposed the application.

      Rule 41(b) provides that "[i]f the plaintiff fails . . . to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) . . . operates as an adjudication on the merits."

      On September 2, 2009, this Court issued an order granting Defendant U.S. Bank's motion to dismiss the complaint. (*See* Doc. 9.) However, the order granted Plaintiff leave to amend the complaint until October 2, 2009.

1    To date Plaintiff has not filed an amended complaint, nor has she filed a motion
2 or ex parte application requesting additional time in which to do so.  Accordingly, the
3 Court **GRANTS** Defendant's ex parte application (Doc. 11) and **ORDERS** this matter
4 **DISMISSED WITH PREJUDICE** and **JUDGMENT** shall be entered in favor of
5 Defendant U.S. Bank.

8    **IT IS SO ORDERED.**

10 DATED: October 30, 2009

                                            _____
                                            Hon. Thomas J. Whelan
                                            United States District Judge